UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TODD MCGREW, | ) |
| Petitioner, | ) Case No. C06-129-MJP-JPD |
| v. | ) |
| RICHARD MORGAN, | ) MINUTE ORDER |
| Respondent. | ) |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Respondent's motion for extension of time, Dkt. No. 16, is RE-NOTED for June 12, 2006. Petitioner's response to the motion, if any, shall be filed no later than Friday, June 9, 2006.

DATED this 5th day of June, 2005.

Bruce Rifkin
Clerk of the Court

/s/ Peter H. Voelker
Peter H. Voelker
Deputy Clerk

MINUTE ORDER
PAGE -1