UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL T. MCGREW, | Case No. C06-129-MJP-JPD |
| Petitioner, | |
| v. | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
| RICHARD MORGAN, | |
| Respondent. | |

This matter comes before the Court on respondent's motion for an extension of time to respond to petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus. Dkt. No. 16. Petitioner has not filed an opposition to the request. Having carefully considered respondent's motion and the balance of the record the Court ORDERS as follows:

(1) Respondent's motion for extension of time to respond to petitioner's 28 U.S.C. § 2254 petition, (Dkt. No. 16), is GRANTED. Respondent has indicated that he cannot prepare a timely response because he has not yet received the complete State court record. *Id*. Respondent shall file his response to the petition **no later than July 28, 2006.**

(2) The Clerk is directed to send a copy of this order to the parties and to the Honorable Marsha J. Pechman.

DATED this 13th day of June, 2006.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge